■ CGU Insurance Company, Appellant, v John T. Nothnagle, Inc., Doing Business as Nothnagle Realtors, Respondent. (Appeal No. 2.) [801 NYS2d 225]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.),

entered December 2, 2004. The order denied plaintiff's motion for leave to renew.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Pine and Hayes, JJ.